

# CIARDI & CIARDI

*A Professional Corporation*

One Commerce Square • 2005 Market Street • Suite 2020
Philadelphia, Pennsylvania 19103
Phone: 215.557.3550 • Fax: 215.557.3551

ALBERT A. CIARDI, III
ACIARDI@CIARDILAW.COM
---
MEMBER OF PENNSYLVANIA BAR
MEMBER OF NJ BAR
MEMBER OF FLORIDA BAR

**DELAWARE OFFICE**

901 Market Street, Suite 463
Wilmington, DE 19801
---
Phone: (302) 472-9039
Fax: (302) 397-2828

January 9, 2006



Peter T. Dalleo
Clerk of Court
U.S. District Court of Delaware
Wilmington, DE 19801

Re: George L. Miller v. Boston Partners Management, L.P. et al.
Civil Action NO. 05-921 SLR

Dear Mr. Dalleo:

Our firm represents the Plaintiff, George L. Miller, in the above referenced matter. Through this letter, we request that all notices issued by the Court be sent to our firm's office at:

Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market Street, Suite 2020
Philadelphia, PA 19103

Thank you very much to your attention to this matter.

Very truly yours,

THOMAS H. CHIACCHIO, JR.

THC/ar