IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, AS CHAPTER 7 TRUSTEE FOR AMERICAN BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff <br><br> v. <br><br> BOSTON PARTNERS MANAGEMENT, L.P., BOSTON PARTNERS ASSET MANAGEMENT, L.L.C., DEPOSITORY TRUST COMPANY AND JANE AND JOHN AND JANE DOES 1-50, <br><br> Defendants. | CIVIL ACTION NO. 05-921 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Rosalie L. Spelman, Esquire, a member of the bar of this Court, pursuant to District Court Local Rules 83.5, moves the admission pro hac vice of Albert A. Ciardi, III, Esquire of the law firm of Ciardi & Ciardi, P.C., One Commerce Square, 2005 Market Street, Suite 2020, Philadelphia, PA 19103 to represent the Plaintiff, George L. Miller, Chapter 7 Trustee in this civil action. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania, Eastern District of Pennsylvania, the State of New Jersey, District of New Jersey and the State of Florida.

Rosalie L. Spelman, Esquire
(Del. Bar No.4153)
Ciardi & Ciardi P.C.
901 Market Street, Suite 463
Wilmington, DE 19801
Ph. 302.472.9039
Fax. 302.397.2828

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Albert A. Ciardi, III, Esq.
Ciardi & Ciardi P.C.
One Commerce Square
2005 Market Street, Suite 2020
Philadelphia, PA  19103
Ph. 215.557.3550
Fax. 215.557.3551

Motion granted.

BY THE COURT:

DATED: _____        _____
                              UNITED STATES DISTRICT JUDGE