UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| George L. Miller, as Chapter 7 Trustee for American Business Financial Services, Inc., <br><br> Plaintiff, <br> v. <br><br> Boston Partners Management, L.P., Boston Partners Asset Management, L.L.C., Depository Trust Company and Jane and John Does 1-50 <br><br> Defendant. | Case No. 1:05-cv-921 (SLR) |

## CERTIFICATE OF SERVICE

I, Rosalie L. Spelman, certify that on or around February 15, 2006, the Motion and Order for Admission Pro Hac Vice was served by first class mail to the parties listed below:

CIARDI & CIARDI, P.C.

_____
Rosalie L. Spelman, Esquire
(Delaware Bar No. 4153)
901 Market Street, Suite 463
Wilmington, DE 19803
Phone: (302) 472-9039
Fax: (302) 397-2828
rspelman@ciardilaw.com

Dated: February 15, 2006

SERVICE LIST

David S. Godkin
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210

George L. Miller, Chapter 7 Trustee
8 Penn Center
1628 John F. Kennedy Blvd., Suite 950
Philadelphia, PA  19103