UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| George L. Miller, as Chapter 7 Trustee for American Business Financial Services, INC., <br><br> Plaintiff, <br> v. <br><br> BostonPartners Management, L.P., Boston Partners Asset Management, L.L.C., Depository Trust Company and Jane and John and Jane Does 1-50 <br><br> Defendant. | Case No. 1:05-cv-921 (SLR) |

TO: Boston Partners Management, L.P.
    c/o National Corporate Research, LTD., Registered Agent
    615 South DuPont Hwy.
    Dover, DE 19901

## SUMMONS

YOU ARE HEREBY SUMMONED and required to serve on Ciardi & Ciardi P.C., Plaintiff's attorney, whose address is 901 Market Street, Suite 463, Wilmington, Delaware 19801, an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

PETER T. DALLEO              2/6/06
_____      _____
Clerk of the Court.                           Date

*Monica Mooby* (signature)
_____
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  2-6-06  1:35 pm |
| NAME OF SERVER (PRINT)  Tom Fredericks | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Tami Gerardi, Person Authorized to Accept Service. 800.483.1140.

### STATEMENT OF SERVICE FEES

| TRAVEL  $25.00 | SERVICES  $50.00 | TOTAL  $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-7-06
            Date

Signature of Server

1600 JFK Blvd, Phila PA 19103
Address of Server

ESQUIRE DEPOSITION SERVICES, INC.
Legal Support Services
1600 J.F. KENNEDY BLVD.
SUITE 1210
PHILA., PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.