UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, as Chapter 7 Trustee for AMERICAN BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff <br><br> V. <br><br> BOSTON PARTNERS MANAGEMENT, L.P., BOSTON PARTNERS ASSET MANAGEMENT, L.L.C., DEPOSITORY TRUST COMPANY, and JANE and JOHN and JANE DOES 1-50, <br><br> Defendants | CIVIL ACTION <br> NO. 05-921(SLR) |

### STIPULATION

The Plaintiff and defendants Boston Partners Management, L.P. and Boston Partners Asset Management, L.L.C. (collectively, "Boston Partners"), by their counsel duly authorized, hereby stipulate (a) that the time within which Boston Partners may answer, move or otherwise respond to the Amended Complaint is extended by 14 days, through and including Monday, March 13, 2006; and (b) that the time within which the Plaintiff may respond to any filing by Boston Partners in response to the Amended Complaint is extended by 14 days from the date on which it would otherwise be due pursuant to the Federal Rules of Civil Procedure and D.Del.L.R. 7.1.2.

        MORRIS NICHOLS ARSHT & TUNNELL, LLP

/s/ Kenneth J. Nachbar
Kenneth Nachbar (#2067)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7294
knachbar@mnat.com
*Attorneys for Boston Partners Management L.P.*
*and Boston Partners Asset Management, L.L.C.*

OF COUNSEL:

Scott A. Birnbaum
David S. Godkin
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210

        CIARDI & CIARDI, P.C.

/s/ Rosalie L. Spelman
Rosalie L. Spelman (#4153)
901 Market Street, Suite 463
Wilmington, DE 19803
(302) 472-9039
    *Attorneys for George L. Miller, as*
    *Chapter 7 Trustee for American*
    *Business Financial Services, Inc.*

February 27, 2006

2