UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, as Chapter 7 Trustee for AMERICAN BUSINESS FINANCIAL SERVICES, INC., <br><br>Plaintiff <br><br>V. <br><br>BOSTON PARTNERS MANAGEMENT, L.P., BOSTON PARTNERS ASSET MANAGEMENT, L.L.C., DEPOSITORY TRUST COMPANY, and JANE and JOHN and JANE DOES 1-50, <br><br>Defendants | CIVIL ACTION <br> NO. 05-921(SLR) |

**STIPULATION**

The Plaintiff, by his counsel, has notified counsel for defendants Boston Partners Management, L.P. and Boston Partners Asset Management, L.L.C. (collectively, "Boston Partners") that the Plaintiff intends to file a motion for leave to file a Second Amended Complaint. Accordingly, in order to avoid incurring the further expense of preparing a response to the Amended Complaint, the Plaintiff and Boston Partners, by their counsel duly authorized, hereby stipulate as follows:

(a)  that Boston Partners need not respond to the Amended Complaint unless the Plaintiff's motion for leave to file a Second Amended Complaint is denied, in which case Boston Partners will have fourteen (14) days from the date of receiving notice of the denial of Plaintiff's motion within which to answer, move or otherwise respond to the Amended Complaint;

(b) that Boston Partners will have fourteen (14) days to file its response to the Plaintiff's motion for leave to file a Second Amended Complaint;

(c) that in the event that the Plaintiff's motion for leave to file a Second Amended Complaint is granted, Boston Partners will have twenty eight (28) days within which to answer, move or otherwise respond to the Second Amended Complaint;

(d) that the time within which the Plaintiff may respond to any filing by Boston Partners in response to the Second Amended Complaint is extended by fourteen (14) days from the date on which it would otherwise be due pursuant to the Federal Rules of Civil Procedure and D.Del.L.R. 7.1.2; and

(e) that the time within which Boston Partners may reply to any filing by the Plaintiff is extended by seven (7) days from the date on which it would otherwise by due pursuant to the Federal Rules for Civil Procedure and D.Del.L.R. 7.1.2.

|  | MORRIS NICHOLS ARSHT & TUNNELL, LLP |
|---|---|
| OF COUNSEL:<br>Scott A. Birnbaum<br>David S. Godkin<br>BIRNBAUM & GODKIN, LLP<br>280 Summer Street<br>Boston, MA 02210 | /s/ Kenneth J. Nachbar<br>Kenneth Nachbar (#2067)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 575-7294<br>knachbar@mnat.com<br>*Attorneys for Boston Partners Management L.P. and Boston Partners Asset Management, L.L.C.* |
|  | CIARDI & CIARDI, P.C. |
| OF COUNSEL:<br>Albert A. Ciardi, III<br>Thomas H. Chiacchio, Jr.<br>One Commerce Square<br>2005 Market Street, Suite 2020<br>Philadelphia, PA 19103 | /s/ Rosalie L. Spelman<br>Rosalie L. Spelman (#4153)<br>901 Market Street, Suite 463<br>Wilmington, DE 19803<br>(302) 472-9039<br>*Attorneys for George L. Miller, as Chapter 7 Trustee for American Business Financial Services, Inc.* |

Dated: March 13, 2006