IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, as Chapter 7 Trustee for American Business Financial Services, Inc., <br><br> Plaintiff, <br> v. <br><br> BOSTON PARTNERS MANAGEMENT LP, BOSTON PARTNERS ASSET MANAGEMENT LLC, DEPOSITORY TRUST COMPANY, AND JANE AND JOHN AND JANE DOES 1-50, <br> Defendants. | CIVIL ACTION NO 05-921 (SLR) |

## WITHDRAWAL OF APPEARANCE OF ROSALIE L. SPELMAN

Rosalie L. Spelman hereby withdraws her appearance in the above-captioned proceeding as of April 30, 2006. The law firm of Ciardi & Ciardi P.C. will continue to represent the Plaintiff in the above-captioned proceeding.

Dated: April 27, 2006                    Ciardi & Ciardi P.C.

                                         _____
                                         Rosalie L. Spelman, Esquire (DE Bar No. 4153)
                                         901 Market Street, Suite 700
                                         Wilmington, DE 19801
                                         Telephone: (302) 472-9039
                                         Facsimile: (302) 397-2828
                                         Email: rspelman@ciardilaw.com