UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, as Chapter 7 Trustee for AMERICAN BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON PARTNERS MANAGEMENT L.P., BOSTON PARTNERS ASSET MANAGEMENT, L.L.C., and JANE and JOHN and JANE DOES 1-50, <br><br> Defendants | CIVIL ACTION <br> No. 05-921 (SLR) |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff, George L. Miller, as Chapter 7 Trustee for American Business Financial Services, Inc., by his counsel duly authorized, hereby dismisses all claims in this action asserted against Boston Partners Management, L.P. and Boston Partners Asset Management, LLC, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: September 20, 2006          CIARDI & CIARDI P.C.

*/s/ Shannon D. Leight*
Shannon D. Leight (#4115)
901 Market Street, Suite 700
Wilmington, DE 19801
Telephone: 302-472-9039
Facsimile: 302-397-2828
Email: sleight@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Thomas H. Chiacchio, Jr., Esquire
One Commerce Square
2005 Market Street, Suite 2020
Philadelphia, PA 19103

*Attorneys for George L. Miller,
as Chapter 7 Trustee for American
Business Financial Services, Inc.*