## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, as Chapter 7 Trustee for AMERICAN BUSINESS FINANCIAL SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON PARTNERS MANAGEMENT L.P., BOSTON PARTNERS ASSET MANAGEMENT, L.L.C., and JANE and JOHN and JANE DOES 1-50,<br><br>Defendants | CIVIL ACTION<br>No. 05-921 (SLR) |

## CERTIFICATE OF SERVICE

I, Shannon D. Leight, hereby certify that a copy of the Notice of Dismissal of Adversary Action was served by United States mail, postage prepaid on this 20th day of September, 2006 upon the parties on the attached list.

          CIARDI & CIARDI P.C.

          */s/ Shannon D. Leight*
          Shannon D. Leight (#4115)
          901 Market Street, Suite 700
          Wilmington, DE 19803
          Telephone: 302-472-9039
          Facsimile: 302-397-2828
          Email: sleight@ciardilaw.com

          Counsel for George L. Miller,
          Chapter 7 Trustee

George L. Miller, Chapter 7 Trustee  
Miller Coffey & Tate LLP  
8 Penn Center, Suite 950  
1628 John F. Kennedy Blvd.  
Philadelphia, PA 19103  

Kenneth J. Nachbar  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  

David Godkin  
Birnbaum & Godkin, LLP  
280 Summer Street  
Boston, MA 02210-1108