**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GEORGE L. MILLER, as Chapter 7 Trustee for AMERICAN BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON PARTNERS MANAGEMENT L.P., BOSTON PARTNERS ASSET MANAGEMENT, L.L.C., and JANE and JOHN and JANE DOES 1-50, <br><br> Defendants | CIVIL ACTION <br> No. 05-921 (SLR) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, George L. Miller, as Chapter 7 Trustee for American Business Financial Services, Inc., by his counsel duly authorized, hereby dismisses all claims in this action asserted against Jane and John and Jane Does 1-50, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: November 15, 2006         CIARDI & CIARDI P.C.

*/s/ Shannon D. Leight*
Shannon D. Leight (#4115)
901 Market Street, Suite 700
Wilmington, DE 19801
Telephone: 302-472-9039
Facsimile: 302-397-2828
Email: sleight@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Thomas H. Chiacchio, Jr., Esquire
One Commerce Square
2005 Market Street, Suite 2020
Philadelphia, PA 19103

*Attorneys for George L. Miller,*
*as Chapter 7 Trustee for American*
*Business Financial Services, Inc.*