### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, as Chapter 7 Trustee for AMERICAN BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON PARTNERS MANAGEMENT L.P., BOSTON PARTNERS ASSET MANAGEMENT, L.L.C., and JANE and JOHN and JANE DOES 1-50, <br><br> Defendants | CIVIL ACTION <br> No. 05-921 (SLR) |

## CERTIFICATE OF SERVICE

I, Shannon D. Leight, hereby certify that a copy of the Notice of Dismissal of Adversary Action against Jane and John and Jane Does 1-50 was served by United States mail, postage prepaid on this 15th day of November, 2006 upon the parties on the attached list.

CIARDI & CIARDI P.C.

*/s/ Shannon D. Leight*
Shannon D. Leight (#4115)
901 Market Street, Suite 700
Wilmington, DE 19803
Telephone: 302-472-9039
Facsimile: 302-397-2828
Email: sleight@ciardilaw.com

Counsel for George L. Miller,
Chapter 7 Trustee

George L. Miller, Chapter 7 Trustee
Miller Coffey & Tate LLP
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Kenneth J. Nachbar
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

David Godkin
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210-1108